SOUTHERN DISTRICT OF THE STATE OF NEW YORK
--------------------------------------------------------------x

RUBEN MENDEZ, *Individually and on behalf of others similarly situated,*

                Plaintiff,

v.

RAVI DEROSSI, Individually, and
DEROSSI MAC LLC D/B/A LADYBIRD

                Defendants.
--------------------------------------------------------------x

Case No. 21-cv-2235-KPF

**STIPULATION OF DISCONTINUANCE**

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned Parties, through their respective counsel, that the above action by Plaintiff Ruben Mendez may be and is hereby dismissed as to Defendants Ravi Derossi and DeRossi Mac LLC d/b/a Ladybird with prejudice and without costs to either party.

    The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Dated: New York, NY
_____5/18_____, 2021

THE KLEIN LAW GROUP, P.C.

By: _____
Darren Rumack, Esq.
39 Broadway Suite 1530
New York, New York 10006
(212) 344-9022
*Attorneys for Plaintiff*

Dated: New York, NY
_____May 18_____, 2021

LAW OFFICES OF EDWARD WEISSMAN

By: _____
Edward Weissman, Esq.
880 Third Ave., 15th Floor
New York, NY 10022
(212) 937-1520
*Attorneys for Defendants*

Dated: May 19, 2021
       New York, New York

SO ORDERED.

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE